## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| REMY WORLDWIDE HOLDINGS, INC., | ) | Case No. 07-11481 (KJC) |
| *et al.*,1 | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Ref. Docket No. 220 |

### ORDER GRANTING
### APPLICATION BY AP SERVICES, LLC FOR
### (i)  APPROVAL AND PAYMENT OF SUCCESS FEE, AND
### (ii) FINALIZATION OF COMPENSATION EARNED AND EXPENSES INCURRED

This matter came on to be heard on the application of AP Services, LLC ("APS") for (i) Approval and Payment of Success Fee, and (ii) Finalization of Compensation Earned and Expenses Incurred (the "Application"); and the Court having reviewed the Application2, the Engagement Letter, the Retention Order, and the Declaration of Alan D. Holtz; and the Court having determined that the relief requested in the Application is in the best interests of the Debtors, its estates, its creditors and other parties-in-interest;

---

1  The Debtors in these proceedings are: Remy Worldwide Holdings, Inc. (Tax ID No. XX-XXX1720); Ballantrae Corporation (Tax ID No. XX-XXX3201); Western Reman Industrial, Inc. (Tax ID No. XX-XXX9762); HSG I, Inc. (Tax ID No. XX-XXX1750); HSG II, Inc. (Tax ID No. XX-XXX1751); International Fuel Systems, Inc. (Tax ID No. XX-XXX0654); iPower Technologies, Inc. (Tax ID No. XX-XXX9859); M. & M. Knopf Auto Parts, L.L.C. (Tax ID No. XX-XXX8102); Marine Corporation of America (Tax ID No. XX-XXX4826); NABCO, Inc. (Tax ID No. XX-XXX5668); Power Investments Marine, Inc. (Tax ID No. XX-XXX1862); Power Investments, Inc. (Tax ID No. XX-XXX7602); Powrbilt Products, Inc. (Tax ID No. XX-XXX8592); Publitech, Inc. (Tax ID No. XX-XXX8549); Reman Holdings, L.L.C. (Tax ID No. XX-XXX8057); Remy Alternators, Inc. (Tax ID No. XX-XXX1999); Remy India Holdings, Inc. (Tax ID No. XX-XXX0043); Remy International, Inc. (Tax ID No. XX-XXX9253); Remy International Holdings, Inc. (Tax ID No. XX-XXX4050); Remy Korea Holdings, L.L.C. (Tax ID No. XX-XXX4050); Remy Logistics, L.L.C. (Tax ID No. XX-XXX2157); Remy Powertrain, L.P. (Tax ID No. XX-XXX0548); Remy Reman, L.L.C. (Tax ID No. XX-XXX9101); Remy Sales, Inc. (Tax ID No. XX-XXX0653); Remy Inc. (Tax ID No. XX-XXX9405); Unit Parts Company (Tax ID No. XX-XXX4509); Western Reman Industrial, LLC (Tax ID No. XX-XXX9665); World Wide Automotive, L.L.C. (Tax ID No. XX-XXX1141); and World Wide Automotive Distributors, Inc. (Tax ID No. XX-XXX8559), each with a mailing address of 2902 Enterprise Drive, Anderson, IN 46013.

2 Certain capitalized terms are defined in the Application and incorporated by reference herein.

and the Court having jurisdiction to consider the Application and the relief sought; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, the Court finds that proper reasons have been asserted to grant the Application. Therefore, it is hereby;

**ORDERED** that the Application is granted; and it is further

**ORDERED** that the Debtors are hereby authorized to pay APS $1,000,000 representing the total Success Fee which is earned and applied for under the terms of the Engagement Letter and the Protocol with the United States Trustee; and it is further

**ORDERED** that the total amounts paid to APS by the Debtors ~~including those~~ contemplated and requested in this Application are hereby approved on a final basis.

Dated: Dec 20, 2007

Kevin J. Carey
United States Bankruptcy Judge

2